DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL JOHNSON** and **AMY JOHNSON,**
Appellants,

v.

**FIRST PROTECTIVE INSURANCE COMPANY** d/b/a **FRONTLINE HOMEOWNERS INSURANCE,**
Appellee.

No. 4D19-536

[July 3, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502018CA004780XXXMB.

Charles M. Auslander, John G. Crabtree, Brian Tackenberg and Emily Cabrera of Crabtree & Auslander, LLC, Key Biscayne, for appellant.

Karen Fultz of Sheehe & Associates, P.A., Miami and Jay M. Levy of Jay M. Levy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***